Approved.
Case closed.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kimmy V. Gable
    PLAINTIFF,

v.

Jeremy S. Bice,
    DEFENDANT.

Case No. 3:18 CV 940

Judge Jack Zouhary

## PLAINTIFF GABLE'S NOTICE OF VOLUNTARY PARTIAL DISMISSAL PURSUANT TO CIV.R. 41(A)

Now comes Plaintiff Kimmy Gable, by and through counsel, to voluntarily dismiss the above-captioned matter **without prejudice** pursuant to Fed. R. Civ. P. 41(A).

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing was served upon the Counsel for Defendants by email service to Peter.Jamison@ohioattorneygeneral.gov and this 30th day of January 2019.

*/s/ Brian G. Jones*
BRIAN G. JONES. ESQ. (0081724)
Counsel for Plaintiff Kimmy Gable

Respectfully Submitted,

*/s/ Brian G. Jones*
BRIAN G. JONES, ESQ. (0081724)
Counsel for Plaintiff Kimmy Gable
THE LAW OFFICE OF BRIAN JONES, LLC
52 North Sandusky St.
Delaware, Ohio 43015
O:    740-363-3900
F:    614-467-2083
E:    BGJ@TLOBJ.com